DOW, Respondent, v. SYRACUSE, L. & B. RY., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Adelaide Dow against the Syracuse, Lakeside & Baldwinsville Railway.

PER CURIAM. Judgment and order affirmed, with costs.

STOVER, J., not voting.

---

DRESSER, Respondent, v. TRAVIS, et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Catharine M. Dresser against Martin V. B. Travis and others. C. P. Anderson, for appellants. W. M. Powell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 79 N. Y. Supp. 924.

---

DRESSER, Respondent, v. TRAVIS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by Catharine M. Dresser against Martin V. B. Travis and others. In the matter of Charles G. Koss: T. C. Ennever, for appellants. W. M. Powell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 79 N. Y. Supp. 924.

---

DUNK v. DUNK. (Supreme Court, Appellate Division, Third Department. December 3, 1903.) Action by Alfred O. Dunk against Eliza Dunk, as executrix of the last will and testament of Alfred Dunk, deceased. No opinion. Motion granted, and the following question certified: Had the Special Term the power, under section 3276 of the Code of Civil Procedure, to grant the order appealed from upon the undisputed facts appearing in the record?

---

DUNSCOMB et al., Respondents, v. POOLE, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Godfrey Dunscomb and others against John H. Poole. J. J. Adams, for appellant. A. H. Mosle, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

DUNTZ v. GRANGER BREWING CO. et al. (Supreme Court, Appellate Division, Third Department. December 3, 1903.) Action by Mark Duntz, as trustee, against the Granger Brewing Company and others. No opinion. Decision of motion to dismiss reserved until the hearing of the appeal on the merits.

---

DURYEA, Appellant, v. DURYEA, Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by Nina L. Duryea against Chester B. Duryea. H. C. Smyth, for appellant. F. H. Man, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

EAMES v. KELLAR et al. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Action by Elisha D. Eames against Barton H. Kellar and others. No opinion. Motion for stay of proceedings pending appeal to the Appellate Division denied, with $10 costs.

---

ELIZABETHPORT BANKING CO., Appellant, v. BROWN et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by the Elizabethport Banking Company against Robert Brown and others. No opinion. Judgment unanimously affirmed, with costs.

---

EVANS, Respondent, v. BUFFALO RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Action by John T. Evans against the Buffalo Railway Company.

PER CURIAM. Order affirmed, with costs to abide event.

McLENNAN, P. J., and WILLIAMS, J., vote for the modification of the order, so as to require the plaintiff, as a condition of the granting of the new trial, to pay the costs of the trial already held.

---

EVANS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Esther Evans against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

---

EVANS, Appellant, v. LARKIN, Respondent. (Supreme Court, Appellate Division, Second Department. November 25, 1903.) Action by Elmer O. Evans against Francis Larkin, Jr. No opinion. Order reversed, with $10 costs and disbursements, on the authority of Quinn v. Brooklyn Heights R. R. Co., 84 N. Y. Supp. 738, decided November 20, 1903, and motion denied, with costs.

---

FARMERS' LOAN & TRUST CO. v. HOFFMAN HOUSE et al. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by the Farmers' Loan & Trust Company against Hoffman House and others. D. McClure, for appellants. J. F. Horan, for respondent Farmers' Loan & Trust Co. C. E. Hughes, for respondent Hoffman House. No opinion. Order affirmed, with $10 costs and disbursements.